**In the Interest of T.L.R. and A.R.R., Children.**

**No. 05–12–01530–CV.**

Court of Appeals of Texas, Dallas.

Jan. 29, 2013.

Richard Rafferty, pro se.

Jessica W. Thorne, Dallas, for appellee.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

### OPINION

Opinion by Chief Justice WRIGHT.

The clerk's record in this case is overdue. By letter dated November 26, 2012, we notified appellant that the Dallas County District Clerk had notified the Court that the clerk's record had been prepared but had not been filed in this Court because appellant had not paid or made arrangements to pay for the record. We directed appellant to provide the Court, within ten days, written verification that appellant had either paid for or made arrangements to pay for the record. We cautioned appellant that failure to provide the required documentation within the time specified might result in dismissal of the appeal for want of prosecution. To date, appellant has not provided the requested documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex.R.App. P. 37.3(b); 42.3(b), (c)